UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Jennifer Schwarz__  JOINT DEBTOR _____  CASE NO.: __17-16463-JKO__
Last Four Digits of SS# __XXX-XX-3082__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $ __1975.74__  for months __1__ to __10__;
   B.  $ __2041.74__  for months __11__ to __60__;
   C.  $ _____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __4000__   TOTAL PAID $ __1000__
Chapter 13- $ __3500__   Balance Due $ __3000__   payable $ __300__/month (Months __1__ to __10__)
Motion to Value - $__500__

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Federal National Mortgage Assoc.__   Arrearage on Petition Date  $ __9000__
   Address: __3900 Wisconsin Ave. NW__    Arrears Payment  $ __150__/month (Months __1__ to __60__)
   __Washington, DC 20016__                Regular Payment  $ __818__/month (Months __1__ to __60__)
   Account No: __X1724__

2. __Arrowhead Golf & Tennis Club #1__    Arrearage on Petition Date  $ _____
   Address: __2269 S University Dr. #137__  Arrears Payment  $ _____/month (Months ____ to ____)
   __Fort Lauderdale, FL 33324__            Regular Payment  $ __283__/month (Months __1__ to __60__)
   Account No: __XX3082__

3. __Department Of Teasury__              Arrearage on Petition Date  $ __28,853 @ 4% = 31,882.20__
   Address: __P.O. Box 7346__               Arrears Payment  $ __231.37__/month (Months __1__ to __10__)
   __Philadelphia, PA 19101-7346__          Regular Payment  $ __591.37__/month (Months __11__ to __60__)
   Account No: __XX3082__

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Arrowhead Golf & Tennis Club #1. Account No: XX3082 | $183,000 | 0% | $0 | 1 To 60 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __Department Of Teasury__   Total Due $ __825.50__
   Payable   $ __13.75__/month (Months __1__ to __60__) Regular Payment $_____ (Months ____ to ____)

Unsecured Creditors: Pay $ __80__/month (Months __6__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Debtor will surrender 2007 Infiniti G35 to American Credit Acceptance, account # X8370.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ signature_
Debtor
Date: __7/26/17__

LF-31 (rev. 01/08/10)